1  Steven M. Dailey #163857
   Rebecca L. Wilson #257613
2  KUTAK ROCK LLP
   Suite 1500
3  5 Park Plaza
   Irvine, CA  92614-8595
4  Telephone:    (949) 417-0999
   Facsimile:    (949) 417-5394
5  Email:    Steven.dailey@kutakrock.com
   Email:    Rebecca.wilson@kutakrock.com
6
   Attorneys for Plaintiff
7  U.S. BANK NA, SUCCESSOR TRUSTEE TO
   BANK OF AMERICA, NA, SUCCESSOR IN
8  INTEREST TO LASALLE BANK, NA, AS
   TRUSTEE, ON BEHALF OF THE HOLDERS OF
9  THE WAMU MORTGAGE PASS-THROUGH
   CERTIFICATES, SERIES 2007-OA1

FILED & ENTERED

NOV 13 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PAULINE GUTIERREZ,<br><br>Debtor. | Chapter 7<br><br>Case No.  2:17-bk-16519-VZ |
| U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA1,<br><br>Plaintiff,<br><br>v.<br><br>PAULINE GUTIERREZ,<br><br>Defendant. | Adv. Proc. No.: 2:17-ap-01368-VZ<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Date:    November 2, 2017<br>Time:    11:00 a.m.<br>Ctrm.:    1368 |

Plaintiff U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA1's ["Moving Defendants"] Motion to Remand ["Motion to Remand" – Docket No. 6] in the above-captioned adversary proceeding

- 1 -

["Adversary Proceeding"] to state court, was heard on November 2, 2017 at 11:00 a.m. in Courtroom 1368 ["the Hearing"].

Having considered Defendant's Opposition to Plaintiff's Motion to Remand ["Opposition" – Docket No. 26], late filed on November 1, 2017, and for the reasons stated on the record of the Hearing, IT IS ORDERED THAT:

1. The Motion is granted.

###

Date: November 13, 2017

Vincent P. Zurzolo
United States Bankruptcy Judge